# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **JEFFREY SCOTT BROWN,** | ) | |
| Plaintiff, | ) | NO. 3:22-cv-00580 |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| **MONTGOMERY COUNTY MANAGEMENT, et al.,** | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge recommending this action be dismissed without prejudice under Federal Rule of Civil Procedure 4(m) for failure to effect service of process. (Doc. No. 17). The Report and Recommendation advised the parties that objections to the Magistrate Judge's Report and Recommendation were to be filed within fourteen days of receipt. (Doc. No. 17 at 3). No objections have been filed and there have been no filings in this case for over a year.

The Court has reviewed the Report and Recommendation (Doc. No. 17) and the docket in this case and concludes that the Report and Recommendation should be **ADOPTED** and **APPROVED**. Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE